UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ANGELILLO,<br>    Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:23-CV-1078 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| FACEBOOK,<br>    Defendant | ) <br> ) | |

# **ORDER**

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) Defendant's motion to dismiss (Doc. 26) is GRANTED. Plaintiff's second amended complaint is DISMISSED without leave to amend.

(2) The Clerk of Court is directed to CLOSE this case.

Date: October 18, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge